DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHANIE CLARK,**
Appellant,

v.

**LJUBO SKRBIC,**
Appellee.

No. 4D2023-3126

[July 3, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Steven P. DeLuca, Judge; L.T. Case No. CONO22-002719.

Stephanie Clark, Durham, North Carolina, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***